Matter of Attorneys In Violation of Judiciary Law § 468-a (Brown) (2024 NY Slip Op 04713)

Matter of Attorneys In Violation of Judiciary Law § 468-a (Brown)

2024 NY Slip Op 04713

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Aug. 26, 2024.)

&em;

[*1]MATTER OF ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a AND 22 NYCRR 118.1. ATTORNEY GRIEVANCE COMMITTEES FOR THE FOURTH JUDICIAL DEPARTMENT, PETITIONER.
and
RANDI E. COHEN BROWN, RESPONDENT.

MEMORANDUM AND ORDER
Order entered terminating suspension and granting application for reinstatement to the practice of law.